UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:14-00073 |
| | ) | JUDGE SHARP |
| KURT SAMUEL JONES | ) | |

## O R D E R

Pending before the Court is Defendant's Agreed Motion to Set Plea Hearing (Docket No. 15).

The motion is GRANTED and the plea hearing is hereby set for Thursday, June 26, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
———————————————
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE